IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAKIA TUMBLIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 5:19-cv-03244-JFL |
| § | |
| AMSHER COLLECTION § | |
| SERVICES, INC., § | |
| § | |
| Defendant. § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, Plaintiff, Nakia Tumblin, and Defendant, AmSher Collection Services, Inc., hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Amy L. B. Ginsburg* | /s/ *Aaron R. Easley* |
| Amy L. B. Ginsburg | Aaron R. Easley (73683) |
| Kimmel & Silverman, P.C. | Sessions, Fishman, Nathan & Israel |
| 30 East Butler Avenue | 3 Cross Creek Drive |
| Ambler, PA 19002 | Flemington, NJ 08822-4938 |
| Telephone: (215) 540-8888 | Telephone: (908) 237-1660 |
| Facsimile: (877) 788-2864 | Facsimile: (908) 237-1663 |
| Email: aginsburg@creditlaw.com | Email: aeasley@sessions.legal |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1